```
Peggy Matheson
4267 S Twin River Way
#1413
Taylorsville, UT 84123
```